# UNITED STATES BANKRUPTUCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In Re: **Mary Craig**

CASE NO. **14-02688**

Debtor(s)

## WITHDRAWAL OF OBJECTION TO CONFIRMATION

The creditor named below withdraws objection to confirmation filed in this matter based on the following terms and conditions:

Collateral Description: **2101 N. Downing Street Mobile AL 36617**

Pre-Confirmation adequate protection $ **231.00**

Collateral value $ **23,121.91** @ **5.25** %

Alternate monthly payment $ **231.00**

§1325(a)(5)/preference payment $ **439.00** per month

Other conditions: Rushmore Mortgage is granted limited relief from stay to take action in Probate Court to protect its lien and placing others on notice that mortgage is still outstanding. Debtor is responsible to insure property and maintain real property taxes. Debtor shall provide proof of insurance within 15 days and there will be an insurance and tax order which shall terminate stay upon failure to provide proof of insurance or taxes paid.

DATED: **2/4/2015**

Parties to submit order to court setting out terms of the above future termination of stay orders

Creditor: Rushmore Mortgage

_/s/ Paul K Lyerla_
Counsel for Creditor

_/s/ James D. Padgett_
Counsel for Debtor

Note: The Chapter 13 Trustee will immediately implement all changes made to adequate protection payments pursuant to this withdrawal of objection to confirmation. Debtor's counsel must file a summary of amendments or an amended plan (if notice required) reflecting all changes to the plan prior to entry of an order confirming plan.