# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In Re:

Mary Craig      Case No. 14-2688

## JOINT MOTION REQUESTING COURT APPROVAL OF COLLATERAL VALUE

The Debtor(s) and the Creditor referenced below, by and through their respective counsel of record, file this Joint Motion Requesting Court Approval of Collateral Value. In support of this Motion, the parties state as follows:

1. The plan as filed provided a value of $ 14,856.00 on the following collateral: 2101 N. Downing Street Mobile AL 36617

2. The secured creditor referenced below contested the aforementioned valuation set forth in the Debtor's plan.

3. The undersigned request that This Honorable Court approve a resolution to the dispute whereby the value of the collateral referenced in paragraph one (1) be changed to the amount of $ 91,500.00 as per debtor's schedules. Valuation for the purposes of bankruptcy case only.

_____          _____
Counsel for Creditor              Counsel for Debtor

Rushmore Mortgage
Printed Name of Creditor

Joint Motion Requesting Court Approval of Collateral Value 1-14-13 v.1