# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In re:       *

**Mary Louise Craig,**      *      Case No. **14-02688 WSS**

Debtor.      *      Chapter 13

## SUMMARY OF AMENDMENT TO CHAPTER 13 PLAN

COMES NOW the Debtor in this proceeding and hereby amends the Chapter 13 as follows:

1. Under paragraph (2), adds pre-confirmation adequate protection payment to J& J Furniture in the amount of $**35.00** per month.

2. Under paragraph (2), increases the pre-confirmation adequate protection payment to Rushmore Mortgage to $**231.00** per month.

3. Under paragraph (3), adds an alternate monthly payment (AMP) to J&J Furniture in the amount of $**35.00** per month.

4. Under paragraph (3), increases the alternate monthly payment (AMP) to Rushmore Mortgage to $**231.00** per month

5. Under paragraph (5), adds the treatment to Creditor(s) as follows:

   J&J Furniture      Furniture
   Collateral Value $**3,500.00**      @ **5** % per annum
   §1325(a)(5) amount **$67.00**

6. Under paragraph (5), changes the treatment to Creditor(s) as follows:

   Rushmore Mortgage      2101 N. Downing Street Mobile, AL 36617
   Collateral Value $**23,121.91**      @ **5.25** % per annum
   §1325(a)(5) amount **$439.00**
   Other conditions: Rushmore Mortgage is granted limited relief from stay to take action in Probate Court to protect its lien and placing others on notice that mortgages still outstanding. Debtor is responsible to insure property and maintain real property taxes. Debtor shall provide proof of insurance within 15 days and there will be an insurance and tax order which shall terminate the stay upon future default letter and failure to provide proof of insurance or taxes paid.

Parties to submit order to court setting on the terms of the above future termination of stay order.

Dated: 02/12/15                                    /S/   Lacy S. Robertson
                                                         Lacy S. Robertson
                                                         Padgett & Robertson
                                                         Attorneys at Law
                                                         4317 Downtowner Loop North
                                                         Mobile, AL  36609
                                                         (251) 342-0264

## CERTIFICATE OF SERVICE

I do hereby certify that on this the   12th   day of   February  , 2015, I have served a copy of the foregoing pleading by either electronic service or via United States Mail properly addressed and postage prepaid to the following parties:

Daniel B. O'Brien (via Electronic Service)
Chapter 13 Trustee

William C. Poole (via Electronic Service)
Attorney for J&J Furniture

Paul K. Lavelle, PC (via Electronic Service)
Attorney for Rushmore Mortgage


                                        /s/     Lacy S. Robertson
                                                Lacy S. Robertson